FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1

| | | |
|---|---|---|
| Case No.: | 17-00474 | |
| Case Name: | BAILEY, DEBORAH ANN | |
| For the Period Ending: | 03/31/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Richard E. Boston |
| Date Filed (f) or Converted (c): | 01/31/2017 (f) |
| §341(a) Meeting Date: | 03/01/2017 |
| Claims Bar Date: | 08/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    Single-family home 404 South Foote Street Cambridge City, IN - 47327-0000  Wayne County  Assessed for about $51,300, however, while applying for refinance about a year ago US Bank told Debtor that Property was not worh enough to be able to refinance. Property has significant deferred maintenance. | $45,000.00 | $0.00 | OA | $0.00 | FA |
| 2    1999 Mercury Tracer Mileage: 190,000 Vehicle is in junk condition, not operable. | $500.00 | $0.00 | OA | $0.00 | FA |
| 3    Usual household goods and furnishing for a 3 bedroom home. | $1,000.00 | $0.00 | OA | $0.00 | FA |
| 4    Used clothing | $25.00 | $0.00 | OA | $0.00 | FA |
| 5    Two middle aged yappy mutts that would be impossible to sell. | $0.04 | $0.00 | OA | $0.00 | FA |
| 6    Cash on Hand | $16.00 | $0.00 | OA | $0.00 | FA |
| 7    Checking Checking account at US Bank | $52.20 | $0.00 | OA | $0.00 | FA |
| 8    IRA IRA at Edward Jones | $20,000.00 | $0.00 | OA | $0.00 | FA |
| 9    401(k) 401(k) from Osborne International | $6,500.00 | $0.00 | OA | $0.00 | FA |
| 10   Debtor received federal tax refunds of approximately $1,200.00 for 2015. However, Debtor did not work the full year 2016 and does not expect tax refund for 2016 to be as much as 2015. Federal | $0.00 | $0.00 | OA | $0.00 | FA |
| 11   Debtor owed state taxes for 2015 and expects 2016 to be the same. State | $0.00 | $0.00 | OA | $0.00 | FA |
| 12   Debtor has a medical malpractice claim and has engaged attorney Fredrick R. Hovde in Indianapolis (317) 660-2941 to pursue damage claim | $0.00 | $10,000.00 | | $0.00 | $10,000.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 17-00474 | Trustee Name: | Richard E. Boston |
| Case Name: | BAILEY, DEBORAH ANN | Date Filed (f) or Converted (c): | 01/31/2017 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 03/01/2017 |
| | | Claims Bar Date: | 08/07/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Asset**

| | $73,093.24 | $10,000.00 | | $0.00 | $10,000.00 |

**Major Activities affecting case closing:**

| 03/13/2019 | filed motion to c/s debtor's malpractice claim and to compensate sp counsel |
| 02/23/2018 | sp co advised the te that this matter was still in the discovery stage and no date has been set for the matter to go before the IN Insurance board.  copies of the discovery were supplied to the te for his file. |
| 05/05/2017 | Medical Malpractice Claim |

**Initial Projected Date Of Final Report (TFR):**   12/15/2018     **Current Projected Date Of Final Report (TFR):**   07/15/2019     /s/ RICHARD E. BOSTON

RICHARD E. BOSTON